```
           ___ FILED      ___ ENTERED
           ___ LODGED     ___ RECEIVED

                NOV 25 2009        RE

                     AT SEATTLE
              CLERK U.S. DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
           BY                      DEPUTY
```

NO ISA SEA 30711

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARL REINKE, an individual, ) | NO. **C09-1684** JLR |
| Plaintiff, ) | |
| ) | **NOTICE OF REMOVAL TO** |
| v. ) | **FEDERAL COURT** |
| ) | |
| NORTHWEST TRUSTEE SERVICE, INC., a ) | |
| Washington Corporation; AURORA LOAN ) | |
| SERVICES, LLC, a Delaware Corporation; ) | |
| BAC HOME LOANS SERVICEING, INC., ) | |
| f/k/a COUNTRWIDE HOME LOANS ) | |
| SERVICING, LP, a Foreign Corporation; ) | 09-CV-01684-CMP |
| HOME CAPITAL FUNDING, a California ) | |
| Corporation; FIRST AMERICAN TITLE ) | |
| INSURANCE COMPANY, a Washington ) | |
| Corporation; LAWYERS TITLE ) | |
| INSURANCE COMPANY, a Nebraska ) | |
| Corporation; WINSTAR MORTGAGE ) | |
| PARTNERS, INC., a Minnesota Corporation; ) | |
| and MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., a ) | |
| National Association, ) | |
| ) | |
| Defendants. ) | |

Defendant BAC HOME LOANS SERVICEING, INC. petitions for removal of the above-referenced action from the Superior Court of King County pursuant to 28 U.S.C. § 1441, and in support thereof states as follows:

   1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, and 28 U.S.C. § 1441.

NOTICE OF REMOVAL TO FEDERAL COURT - 1

**ORIGINAL**

116589.0154/1781670.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

ORIGINAL

Case 2:09-cv-01684-JLR    Document 1    Filed 11/25/2009    Page 2 of 4

2. Plaintiff filed his Amended Complaint in this matter in the Superior Court of Washington for King County on October 28, 2009 (King County Cause No. 09-33298-3 SEA). A true and correct copy of Plaintiff's Summons and Amended Complaint are attached as Exhibit A to the accompanying Declaration of John S. Devlin.

3. A true and correct copy the CT Corporation Service of Process Transmittal, dated October 28, 2009, indicating service of process on BAC Home Loans Servicing, LP, is attached to the Declaration of John Devlin as Exhibit B.

4. A true and correct copy of Plaintiff's Declaration of Service, filed on November 3, 2009, and representing that BAC Home Loans Servicing, LP was served with process on October 28, 2009, is attached to the Declaration of John Devlin as Exhibit C.

5. Defendant is removing this matter on the basis of Federal Question jurisdiction. Plaintiff has asserted claims against BAC Home Loans Servicing, LP and other defendants arising from their respective roles in enforcing the terms of Plaintiff's mortgage obligations. Among other things, Plaintiff claims that several defendants are jointly and severally liable for violations of "§ 807 of the Fair Debt Collection Practices Act." Plaintiff's claims in this regard specifically implicate the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1962, *et seq*. This Court has original jurisdiction in cases that arise under the laws of the United States. 28 U.S.C. § 1441(b).

6. This Notice of Removal is being filed within 30 days from the date on which the action was served on defendant pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, defendant BAC Home Loans Servicing, LP prays that the above-entitled action now pending against it in the Superior Court of Washington for King County be removed to the United States District Court for the Western District of Washington at Seattle.

NOTICE OF REMOVAL TO FEDERAL COURT - 2

1  DATED: November 25, 2009.

LANE POWELL PC

By *[signature: John S. Devlin]*
John S. Devlin, WSBA No. 23988
Andrew Yates, WSBA No. 34239
Attorneys for BAC Home Loans Servicing, LP

NOTICE OF REMOVAL TO FEDERAL COURT - 3

116589.0154/1781670.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107