The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARL REINKE, an individual,

          Plaintiff,

v.

NORTHWEST TRUSTEE SERVICE, INC., a Washington Corporation; AURORA LOAN SERVICES, LLC, a Delaware Corporation; BAC HOME LOANS SERVICEING, INC., f/k/a COUNTRWIDE HOME LOANS SERVICING, LP, a Foreign Corporation; HOME CAPITAL FUNDING, a California Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska Corporation; WINSTAR MORTGAGE PARTNERS, INC., a Minnesota Corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a National Association,

          Defendants.

No. 2:09-cv-01684-JLR

**JOINT STIPULATION REGARDING DEADLINE FOR RESPONSE TO COMPLAINT AND PROPOSED ORDER**

Pursuant to Fed. R. Civ. P. 6(b), plaintiff, KARL REINKE (Plaintiff) and defendant, BAC Home Loans Servicing, LP ("Defendant"), through their undersigned counsel, hereby enter into this Stipulation and Proposed Order:

JOINT STIPULATION REGARDING DEADLINE FOR
RESPONSE TO COMPLAINT AND PROPOSED ORDER- 1
CASE NO. 2:09-CV-01684-JLR

116589.0154/1783705.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## I.  STIPULATION

1. Plaintiff has asserted claims against BAC Home Loans Servicing, LP and other defendants arising from their respective roles in enforcing the terms of Plaintiff's mortgage obligations. Among other things, Plaintiff claims that several defendants are jointly and severally liable for violations of "§ 807 of the Fair Debt Collection Practices Act." Plaintiff's claims in this regard specifically implicate the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1962, *et seq.* BAC Home Loans Servicing, LP denies any liability.

2. Plaintiff filed his Amended Complaint in this matter in the Superior Court of Washington for King County on October 28, 2009 (King County Cause No. 09-33298-3 SEA).

3. BAC Home Loans Servicing, LP removed this matter to this Court on November 25, 2009.

4. Plaintiff has a Chapter 11 bankruptcy proceeding pending in the Bankruptcy Court for the Western District of Washington, Cause No. 09-19609, and is attempting to remove the matter as an adversary claim. The parties expect that Plaintiff will perfect his removal within the next week.

5. The parties believe that it would promote judicial economy to extend the deadline for BAC Home Loans Servicing, LP until ten (10) days after Plaintiff perfects the removal to bankruptcy court to answer or otherwise respond to the Amended Complaint in this action.

It is, therefore, STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and Defendant in the above-entitled action, that Defendant shall have up to ten (10) days following Plaintiff's perfection of the removal of this case to the

JOINT STIPULATION REGARDING DEADLINE FOR
RESPONSE TO COMPLAINT AND PROPOSED ORDER- 2
CASE NO. 2:09-CV-01684-JLR

116589.0154/1783705.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

bankruptcy court as an adversary proceeding to answer or otherwise respond to the Complaint in this action.

Dated this 10th day of December, 2009.

LANE POWELL PC

*[signature]*

John S. Devlin III, WSBA No. 23988
Attorneys for Defendant
BAC Home Loans Servicing, LP

RICHARD LLEWELYN JONES, PS

*PER TELEPHONIC AUTHORIZATION:*
*[signature]*

Richard L. Jones, WSBA No. 12904
Attorneys for Plaintiff

## II.  ORDER

This matter having come before the Court on the Stipulation and joint request of the Parties and good cause having been shown,

IT IS SO ORDERED:

DATED this ____ day of December, 2009.

_____
Honorable James Robart
United States District Judge

JOINT STIPULATION REGARDING DEADLINE FOR
RESPONSE TO COMPLAINT AND PROPOSED ORDER- 3
CASE NO. 2:09-CV-01684-JLR

116589.0154/1783705.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107