Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARL REINKE, an individual , ) <br> ) <br>                   Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> NORTHWEST TRUSTEE SERVICE, INC., a ) <br> Washington Corporation; AURORA LOAN ) <br> SERVICES, LLC, a Delaware Corporation; ) <br> BAC HOME LOANS SERVICEING, INC., ) <br> f/k/a COUNTRWIDE HOME LOANS ) <br> SERVICING, LP, a Foreign Corporation; ) <br> HOME CAPITAL FUNDING, a California ) <br> Corporation; FIRST AMERICAN TITLE ) <br> INSURANCE COMPANY, a Washington ) <br> Corporation; LAWYERS TITLE ) <br> INSURANCE COMPANY, a Nebraska ) <br> Corporation; WINSTAR MORTGAGE ) <br> PARTNERS, INC., a Minnesota Corporation; ) <br> and MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, INC., a ) <br> National Association, ) <br> ) <br>                  Defendants. ) <br> ) | N0. C09-1684 JLR <br><br> **CERTIFICATE OF SERVICE** |

I, Kree Arvanitas, hereby certify under penalty of perjury under the laws of the State of Washington, that on the 10th day of December, 2009, I caused to be served a copy of the JOINT STIPULATION REGARDING DEADLINE FOR RESPONSE TO COMPLAINT and proposed order on the following person(s) in the manner indicated below at the following address(es):

CERTIFICATE OF SERVICE - 1
CASE NO. C09-1684 JLR

116589.0154/1786233.1

1

2

3     Richard Llewelyn Jones          ☐    by **Electronic Mail**
      Attorney at Law                 ☐    by **Facsimile Transmission**
      2050 – 112th Avenue, N.E., Suite 230   ☐    by **First Class Mail**
      Bellevue, WA  98004             ☑    by **Hand Delivery**
                                      ☐    by **Overnight Delivery**

4

5     Lance Olsen                     ☑    by **Electronic Mail**
      Routh Crabtree Olsen P.S.       ☐    by **Facsimile Transmission**
      3535 Factoria Blvd., Suite 100  ☑    by **First Class Mail**
      Bellevue, WA  98006             ☐    by **Hand Delivery**
      Email: lolsen@rcolegal.com      ☐    by **Overnight Delivery**

6

7

8           Signed this 10th day of December, 2009 at Seattle, Washington.

9

10                              s/Kree Arvanitas
                                Kree Arvanitas

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2
CASE NO. C09-1684 JLR

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

116589.0154/1786233.1